IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TARCO INTERNATIONAL, INC.,**

    **Plaintiff,**

**v.**                                     **CASE NO: 3:08cv292/RV/EMT**

**GENERATION EQUIPMENT, INC.,**

    **Defendant.**

_____/

## ORDER OF DISMISSAL

By order entered herein on March 24, 2009, the plaintiff was directed to show cause, if any there be, why this case should not be dismissed for lack of prosecution. The plaintiff has filed a Rule 41 Stipulation of Dismissal (doc. 8).

Upon consideration of the plaintiff's notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, this case is now DISMISSED, with prejudice and without taxation of costs.

DONE AND ORDERED this 6th day of April 2009.

                                                    /s/ *Roger Vinson*
                                                    **ROGER VINSON**
                                                    **Senior United States District Judge**